IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | | |
|---|---|---|
| VILLAGE OF BARRINGTON, and VILLAGE OF LAKE ZURICH, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No.   18 CV 469 |
| STANISLAW KACKI and XAN SYSTEMS, INC., | ) ) ) ) | |
| Defendants. | ) | |

**<u>AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs Village of Barrington and Village of Lake Zurich ("Plaintiffs") and Defendants Stanislaw Kacki and XAN Systems, Inc ("Defendants"), HEREBY STIPULATE AND AGREE, by and between Plaintiffs and Defendants, through their undersigned counsel, that the above-reference action be dismissed with prejudice as to all parties, with each party to bear its own costs and attorneys' fees, the matter having been settled in its entirety.

**IT IS FURTHER STIPULATED AND AGREED** that a minute order pursuant to the foregoing should be entered of record on or before the status hearing currently scheduled for June 4, 2018.

**IT IS FURTHER STIPULATED AND AGREED** that said dismissal shall be a bar to the bringing of any action based on or including the claim for which this action has been brought.

Dated: June 1, 2018

| | |
|---|---|
| s/Joseph R. Vallort | s/Lamis G. Eli (with permission) |
| Chilton Yambert Porter LLP | Wilson Elser Moskowitz Edelman & Dicker LLP |
| 303 W. Madison St., Suite 2300 | 55 W. Monroe Street, Suite 3800 |
| Chicago, IL 60606 | Chicago, IL 60603 |
| Tel: (312) 634-1266 | Tel: (312) 704-0550 |
| Fax: (312) 460-8299 | Fax: (312) 704-1522 |
| jvallort@cyp-law.com | Lamis.eli@wilsonelser.com |
| ARDC No. 6209211 | ARDC No. 6308955 |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| VILLAGE OF BARRINGTON, and VILLAGE OF LAKE ZURICH,  )))) | |
| Plaintiffs,  )) | |
| v.  )) | No.   18 CV 469 |
| STANISLAW KACKI and XAN SYSTEMS, INC.,  )))) | |
| Defendants.  ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st day of June 2018, the **Parties' Stipulation to Dismiss** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access these filings through the Court's system.

                                            s/Joseph R. Vallort
                                            Joseph R. Vallort
                                            Chilton Yambert Porter LLP
                                            303 W. Madison, Suite 2300
                                            Chicago, IL 60606
                                            (312) 634-1266
                                            jvallort@cyp-law.com
                                            ARDC No. 6209211
                                            *Attorneys for Plaintiffs*